<pre>                                                                                    JS-6</pre>

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| US FOODS, INC., a Delaware corporation,<br><br>       Plaintiff,<br><br>v.<br><br>JOSEPH MOSCATIELLO, an individual,<br><br>       Defendant. | Case No. SACV 20-189-GW-ADSx<br><br>Hon. George H. Wu<br><br>**DEFAULT JUDGMENT**<br><br>Date:    November 23, 2020<br>Time:   8:30 a.m.<br>Place:  Courtroom 9D, Ninth Floor<br>          350 West 1st Street<br>          Los Angeles, CA 90012 |

Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 300
Los Angeles, California 90401

The Court has considered Plaintiff US Foods, Inc.'s ("Plaintiff") Amended Motion for Default Judgment ("Motion") against Defendant Joseph Moscatiello (Doc 22), and Plaintiff's Supplemental Brief in support thereof (Doc 24). For good cause appearing, Plaintiff's Motion is GRANTED, and Judgment of Default is entered against Defendant Joseph Moscatiello and in favor of Plaintiff in the following amounts:

- Damages - $130,669.61
- Attorneys' Fees - $6,213.39
- Costs - $400
- Pre-Judgment Interest in the amount of $25,480.52 (representing pre-judgment interest from July 2019 through July 2020)
- Post-judgment interest as allowed under 28 U.S.C. § 1961.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

Dated: November 19, 2020

Hon. George H. Wu
United States District Judge